# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:15CR20 |
|---|---|---|
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | ORDER ON VIOLATION OF CONDITIONS OF SUPERVISED RELEASE |
| FREDDIE L. WASHINGTON, | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on February 14, 2018. The Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on February 21, 2018. Counsel for the government moved to dismiss Violation #6: Unauthorized Use of Drugs. The defendant admitted to the following violations:

1. Unauthorized Use of Drugs;
2. Unauthorized Use of Drugs;
3. Unauthorized Use of Drugs;
4. New Law Violation;
5. Unauthorized Use of Drugs;
7. Unauthorized Use of Drugs;
8. Neglected to Comply with Substance Abuse Treatment.

The magistrate judge filed a report and recommendation on February 21, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision.

A final supervised release violation hearing was conducted on March 16, 2018. Defendant Freddie Washington was present and represented by Attorney Damian Billak. The United States was represented by Assistant United States Attorney David Toepfer. United States Probation Officer Jennifer Truxall was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of three (3) months.

Upon release from custody, defendant is placed on supervised release for one (1) year with the same terms and conditions of supervised release as previously ordered and with the following additional condition: Defendant shall be placed into an in-patient treatment facility for a minimum period of 30 days and up to 90 days.

The defendant is remanded to the custody of the U.S. Marshal.

**IT IS SO ORDERED**.

Dated: March 16, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**